

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00023-CV

**MICHAEL D. EADES AND REBECCA EADES,**

                                                                **Appellants**

 **v.**

**SUNRISE ESTATES PROPERTY OWNERS
ASSOCIATION,**

                                                                **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 09-17965-CV

## MEMORANDUM OPINION

Appellants Michael D. Eades and Rebecca Eades and Appellee Sunrise Estates Property Owners Association have filed a "Joint Motion Requesting Remand." *See* TEX. R. APP. P. 42.1(a)(2)(B). The motion states that the parties have entered into a settlement agreement and that they respectfully request that the Court remand the case to the trial court for entry of an agreed judgment. The proposed "Amended Agreed Final Judgment" is attached to the motion. The parties have signed the proposed judgment to

show that they have "agreed and approved as to form and substance." The parties' attorneys have signed the proposed judgment to show that they have "approved as to form." Accordingly, the motion is granted. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreements. *See id.*


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal remanded
Opinion delivered and filed July 20, 2016
[CV06]

